In the Matter of ANTHONY PACE et al., Petitioners, against CHARLES COSTER et al., Constituting the Temporary City Housing Rent Commission of the City of New York, Respondents.

Supreme Court, Special Term, Queens County, March 21, 1949.

*Louis Mitler* for petitioners.

*Nathan W. Math* for respondents.

DALY, J. Application, pursuant to article 78 of the Civil Practice Act, for an order "compelling the respondents to issue a Certificate of Eviction."

Petitioners are the owners of a six-family dwelling in Astoria. In order to obtain an apartment for their own use, they applied to the respondents for a certificate permitting the eviction of a tenant named Hammond. Respondents' hearing officer found that petitioners showed compelling necessity, but they denied the application on the ground that petitioners were "not proceeding in accordance with Local Law 84."

New York City Local Law No. 84 of 1948 provides that where a landlord, because of compelling necessity, seeks to recover possession of an apartment for his own immediate and personal use and occupancy as dwelling accommodations in a building containing more than one apartment "the commission shall first determine which of such apartments are suitable and adequate for the needs of such landlord and the certificate of eviction issued shall authorize the eviction only of the tenant occupying the apartment thus determined to be suitable and adequate which has the smallest number of occupants".

In compliance with said law the commission made an investigation which revealed that all of the apartments were comparable in accommodations, each consisting of two bedrooms, a living room, kitchen and bath. The investigation further revealed that three of the apartments contained fewer occupants than Hammond's, two of them having four occupants and one having only three. Hammond's apartment is occupied by five people. Accordingly, the commission denied petitioners' application for a certificate to evict Hammond, but did not issue a certificate for the apartment having the fewest occupants.

This matter is referred back to the respondent commission for a rehearing on notice to the tenant of the apartment having the fewest occupants.

Settle order on notice.